# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2796

_____

Tom Lingenfelter, Individually; Phil     *
Florence, Individually and as     *
Beneficiary in Empire Paper Company     *
Profit Sharing Plan; Diane S. Blodgett,     *
Individually and as a Vested     *
Beneficiary; T.G. Morgan, Inc.,     *
Defined Benefit Pension Plan,     *
    *   Appeal from the United States
         Appellants,     *   District Court for the
    *   District of Minnesota.
      v.     *    [UNPUBLISHED]
    *
John Stoebner; Lapp, Libra, Thomson,     *
Stoebner & Pusch, Chtd.; Gordon Conn; *
Charles Webber; Faegre & Benson,     *
LLP; Kalina, Wills, Gisvold & Clark,     *
P.L.L.P.; Larson, Allen, Weishair &     *
Co., LLP, in their Individual Capacities; *
H.S.B.C. Bank USA,     *
    *
         Appellees.     *

_____

Submitted:  April 17, 2006
Filed: July 20, 2006

_____

Before WOLLMAN, BEAM, and BENTON, Circuit Judges.

_____

PER CURIAM.

This long-running litigation, which stretches back to the early 1990s, was brought to an end by the district court's [1] May 24, 2005, judgment, entered upon the court's May 23, 2005, order, dismissing the complaint.

Having considered the parties' arguments, we conclude that, for the reasons set forth in the district court's comprehensive, well-reasoned opinion,[2] the judgment should be, and it hereby is, affirmed.  See 8th Cir. Rule 47B.[3]

_____

[1]The Honorable James M. Rosenbaum, Chief Judge, United States District Court for the District of Minnesota.

[2]Lingenfelter v. Stoebner, No. 03-CV-5544, 2005 WL 1225950 (D. Minn. May 23, 2005).

[3]We exercise our discretion not to impose on our own motion damages or costs upon appellants under Fed. R. App. P. 38.